# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0644. ANTHONY B. LEE-BEY v. THE STATE.

Anthony B. Lee-Bey filed this direct appeal from the trial court's order of June 2, 2011, which dismissed Lee-Bey's pro se demand for speedy trial on the grounds that he was represented by counsel. Lee-Bey filed his notice of appeal on August 31, 2011. We lack jurisdiction.

Pretermitting the issue of whether the trial court's dismissal order is directly appealable in light of *Sosniak v. State*, ___ Ga. ___ (2) (Case No. S12A0799, decided November 19, 2012), in which the Supreme Court ruled that the denial of motion to dismiss on speedy trial grounds is not directly appealable, Lee-Bey's notice of appeal is untimely. To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Lee-Bey filed his notice of appeal 90 days after the entry of the trial court's order. Because Lee-Bey's notice of appeal is untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , Clerk.